UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:17cv00256 (WOB-SKB)

HUSSEIN MALOW                                              PETITIONER

VS.                          <u>JUDGMENT</u>

ATTORNEY GENERAL, ET AL.                                  RESPONDENTS

This matter is before the Court on the Report and Recommendation (Doc. 3) by the United States Magistrate Judge on June 8, 2017. No objections have been filed thereto.

**IT IS ORDERED** that the Report and Recommendation (Doc. 3) be, and is hereby, **ADOPTED**. That because petitioner failed to comply with the Order issued on May 1, 2017, petitioner's petition for a writ of habeas corpus (Doc. 1) is **DISMISSED FOR LACK OF PROSECUTION.**

This 9th of August, 2017.



Signed By:
<u>William O. Bertelsman</u>   WOB
United States District Judge